THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03197

TCYK, LLC,

a California Limited Liability Company,

        Plaintiff,

   v.

JOHN DOES 1-17,

        Defendants.

## NOTICE OF RELATED CASES

Pursuant to D.C.COLO.LCivR 7.5, Counsel for Plaintiff TCYK, LLC, hereby notifies the court that the following cases pending in this judicial district are related to the above-captioned action in that all plaintiffs are holders of copyrights to mainstream films, there are John Doe defendants, and all of the cases concern alleged BitTorrent copyright infringement and therefore have common questions of law and fact:

1. Elf-Man, LLC v. William Hall and Joseph Tincknell, 1:13-cv-00686-WYD-MEH;

2. Killer Joe Nevada, LLC v. Cedric Radeljan, a/k/a Sedric Radeljan, 1:13-cv-01309-WYD-MEH;

3. Killer Joe Nevada, LLC v Jayson Gomez, 1:13-cv-01340-WYD-MEH;

4. TCYK, LLC v. John Does 8-9, 11, 13-15, 18, and 19, 1:13-cv-01461-WYD-MEH;

5. TCYK, LLC v. John Does 2-4, 6-11, 14-16, and 19, 1:13-cv-01476-WYD-MEH;

6. TCYK, LLC v. John Does 1-2, 4, 8, 13-15, 18, and 20, 1:13-cv-01630-WYD-MEH;

7. TCYK, LLC v. John Does 3-5, 7-11, 13-17, and 19, 1:13-cv-01691-WYD-MEH;

8. BGTH, LLC v. John Does 1-3, 5-10, 12, and 14-16, 1:13-cv-01778-WYD-MEH;

9. Instinctive Film GmbH v. John Does 1-12 and 14, 1:13-cv-02143-WYD-MEH;

10. TCYK, LLC v. John Does 1-20, 1:13-cv-02950-WYD-MEH.

DATED this 21st day of November, 2013.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
david.thunderlaw@gmail.com
Attorney for TCYK, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *David J. Stephenson, Jr.*