IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03197-WYD-MEH

TCYK, LLC,

    Plaintiff,

v.

DANIN WALLACE,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 24, 2014.**

    Plaintiff's Uncontested Motion to Vacate Scheduling Conference [filed June 23, 2014; docket # 47] is **granted** as follows.  In light of the Notice of Voluntary Dismissal filed by the Plaintiff, the Scheduling Conference currently set for July 15, 2014 is **vacated**.